KRAUSE, Appellant, vs. EHLERS and another, Respondents.

For the appellant: *Elmer R. Honkamp* of Appleton.

For the respondents: *Benton, Bosser, Becker & Parnell* of Appleton.

*By the Court.*—Judgment affirmed.

CHOUDOIR, Respondent, vs. GRUETT and another, Appellants.

For the appellants: *Edward J. Byrne,* attorney, and *Robert L. Spanagel* of counsel, both of Appleton.

For the respondent: *Thomas A. Ryan,* attorney, and *A. W. Parnell* and *David L. Fulton* of counsel, all of Appleton.

*By the Court.*—Order affirmed.